**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IVY DONALDSON | |
|---|---|
| **v.** | **CIVIL ACTION** |
| **SEPTA** | **NO. 17-4475** |

**ORDER RE: MOTION FOR SUMMARY JUDGMENT,**
**GRANTING IN PART AND DENYING IN PART**

AND NOW, this 20th day of February, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 16), the submissions related to the Motion, and oral argument, and as discussed further in the Court's accompanying Memorandum, which details the specific portions of Plaintiff's claims that remain in dispute, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED IN PART and DENIED IN PART;

2. Counts I and II are DISMISSED WITH PREJUDICE to the extent they are based on a theory of hostile work environment; and

3. Defendant's Motion is DENIED on Counts I and II to the extent they are based on a theory of disparate treatment, and DENIED on Counts III and IV.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-4475 Donaldson v SEPTA\17cv4475 Order re Mot for SJ